UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00277-FDW

| | |
|---|---|
| LASONDA L. ALEXANDER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, Commissioner of Social )<br>Security Administration )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER is before the Consent Motion to Remand (Doc. No. 17). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court GRANTS the motion.

The Court hereby remands this case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: January 22, 2021

Frank D. Whitney
United States District Judge